Jeffrey Morrison, MO Bar No. 44401
United States Department of Justice
Employment Litigation Section
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-1845
(202) 514-1005 (fax)
Jeffrey.Morrison@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No.: 1:23-cv-00209 |
| ) | |
| AMERICAN SAMOA ) | NOTICE OF APPEARANCE |
| GOVERNMENT, DEPARTMENT ) | ON BEHALF OF THE |
| OF HUMAN AND SOCIAL ) | UNITED STATES; |
| SERVICES, ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF APPEARANCE ON BEHALF
## OF THE UNITED STATES OF AMERICA

1

Senior Trial Attorney Jeffrey Morrison hereby enters his appearance before the U.S. District Court for the District of Hawaii on behalf of the United States, in the above-captioned case.

DATED: May 11, 2023.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD
Chief
Employment Litigation Section
Civil Rights Division

VALERIE L. MEYER
Deputy Chief
Employment Litigation Section
Civil Rights Division

/s/ *Jeffrey Morrison*
JEFFREY MORRISON (MO Bar # 44401)
United States Department of Justice
Employment Litigation Section
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 353-1845
(202) 514-1005 (fax)
Jeffrey.Morrison@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*