Jeffrey Morrison, MO Bar No. 44401
United States Department of Justice
Employment Litigation Section
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-1845
(202) 514-1005 (fax)
Jeffrey.Morrison@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN SAMOA ) <br> GOVERNMENT, DEPARTMENT ) <br> OF HUMAN AND SOCIAL ) <br> SERVICES, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action <br> No.: 1:23-cv-00209 |

## **NOTICE OF SETTLEMENT**

Plaintiff United States of America, with the consent of the Defendant

American Samoa Government though its counsel, hereby notifies the Court

that the parties have reached an agreement in resolution of this matter via a proposed consent decree. The parties anticipate submitting the proposed consent decree for the Court's consideration and entry once the American Samoa Government's legislature appropriates the funding required to fulfill its obligations under the agreement. The parties request that the Court stay the proceedings in this matter, including the scheduling of a Rule 16 hearing, for 120 days to allow for the finalization of appropiations.

Dated: May 11, 2023

                        Respectfully submitted,

                        KRISTEN CLARKE
                        Assistant Attorney General
                        Civil Rights Division

                        KAREN D. WOODARD
                        Chief
                        Employment Litigation Section
                        Civil Rights Division

                        VALERIE L. MEYER
                        Deputy Chief
                        Employment Litigation Section
                        Civil Rights Division

                        /s/ *Jeffrey Morrison*
                        JEFFREY MORRISON (MO Bar # 44401)
                        United States Department of Justice
                        Employment Litigation Section
                        Civil Rights Division
                        950 Pennsylvania Avenue NW

Washington, DC  20530
(202) 353-1845
(202) 514-1005 (fax)
Jeffrey.Morrison@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*